McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MC-00003-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Solomon Anderson, appearing *in propria persona* ("claimant"), as follows:

1. On or about October 16, 2018, claimant Solomon Anderson filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to Approximately $20,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 19, 2018.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than claimant, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1
Stipulation and Order to Extend Time

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is January 14, 2019.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 13, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 13, 2019.

Dated: 1/11/19    McGREGOR W. SCOTT
                  United States Attorney

              By: /s/ Kevin C. Khasigian
                  KEVIN C. KHASIGIAN
                  Assistant U.S. Attorney

Dated: 1/11/19    /s/ Solomon Anderson
                  SOLOMON ANDERSON
                  Potential Claimant
                  Appearing *in propria persona*
                  (Authorized by phone)

**IT IS SO ORDERED**.

Dated: January 14, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE