McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00003-WBS-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant

Solomon Anderson, appearing *in propria persona* ("claimant"), as follows:

1.      On or about October 16, 2018, claimant Solomon Anderson filed a claim in the

administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to

Approximately $20,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July

19, 2018.

2.      The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. §

983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than claimant, has filed a

claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 14, 2019.

4.      By Stipulation and Order filed January 15, 2019, the parties stipulated to extend to February 13, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed February 14, 2019, the parties stipulated to extend to March 15, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 15, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 15, 2019.

Dated: 3/14/19                                      McGREGOR W. SCOTT
                                                    United States Attorney

                                        By:     /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated: 3/14/19                                      /s/ Solomon Anderson
                                                    SOLOMON ANDERSON
                                                    Potential Claimant
                                                    Appearing *in propria persona*
                                                    (Authorized by phone)


**IT IS SO ORDERED**.

Dated:  March 15, 2019

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE